PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
MANUEL SANCHEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br><br><br><br>MANUEL SANCHEZ,<br>　　　　Defendant. | CASE NO. 1:10-CR-00065-AWI<br><br>STIPULATION TO SET THE MATTER FOR ENTRY OF PLEA<br><br><br>Date: June 25, 2012<br>Time: 10:00a.m., Courtroom 2<br><br>Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kathleen Servatius, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Manuel Sanchez , that the 1:00p.m. Status Conference calendared in Judge Beck's courtroom be vacated and this matter be placed on Judge Ishii's 10:00a.m. calendar for entry of plea.

//

//

The court is advised that counsel have conferred about this request that they have agreed to the court date of June 25, 2012, 10:00a.m. in Courtroom 2 for entry of plea, and that Ms. Servatius has authorized Preciliano Martinez to sign this stipulation on her behalf.

                                                   Respectfully Submitted,

Dated: June 20, 2012                                 /s/ Preciliano Martinez
                                                             Preciliano Martinez
                                                             Attorney for Defendant
                                                             MANUEL SANCHEZ

Dated: June 20, 2012                                 /s/ Kathleen A. Servatius
                                                             Assistant U.S. Attorney
                                                             Attorney for Plaintiff
                                                             UNITED STATES OF AMERICA

# **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current June 25, 2012, 1:00p.m., the Status Conference Hearing in Judge Beck's courtroom is hereby vacated and reset to June 25, 2012, 10:00a.m., in Judge Ishii's courtroom for Entry of Plea.

IT IS SO ORDERED.

Dated: __June 21, 2012__   _____
                           CHIEF UNITED STATES DISTRICT JUDGE