PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
MANUEL SANCHEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>MANUEL SANCHEZ ,<br>　　　　　Defendant. | CASE NO. CASE NO. 1:10-CR-00065-AWI<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING DATE<br><br>Date: October 1, 2012<br>Time: 10:00a.m.,<br>Courtroom 2<br><br>Honorable Anthony W. Ishii |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kathleen Servatius, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Manuel Sanchez, that the sentencing date scheduled for September 10, 2012 at 1:30 p.m. be vacated and the sentencing date be continued to this court's calendar October 1, 2012 at 10:00 a.m.

　　　The court is advised that counsel have conferred about this request that they have agreed to the court date of October 1, 2012 date and that Ms. Servatius has authorized Preciliano Martinez to sign this stipulation on her behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 up to and including October 1, 2012.

Respectfully Submitted,

Dated: /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
MANUEL SANCHEZ

Dated: /s/ Kathleen Servatius
Kathleen Servatius
Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current September 10, 2012 sentencing date is hereby vacated and reset to October 1, 2012 at 10:00a.m in Courtroom 2 before United States Chief District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:  July 23, 2012  _____
CHIEF UNITED STATES DISTRICT JUDGE