1  **LAW OFFICE OF DAVID A. TORRES**
   Attorney at Law, SBN 135059
2  1318 K Street
   Bakersfield, CA 93301
3  Ph.: (661)326-0857
   Fax.: (661) 326-0936
4  e-mail: lawtorres@aol.com

5  Attorney for Defendant
   GUADALUPE QUINTERO-GARCIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 10-CR-0065 AWI |
|---|---|
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| GUADALUPE QUINTERO-GARCIA, | |
| Defendant, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:
ANTHONY W. ISHII AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES
ATTORNEY:

**COMES NOW** Defendant, GUADALUPE QUINTERO-GARCIA by and through his attorney of record, DAVID A. TORRES hereby request that the sentencing hearing date currently set for Monday, August 20, 2012 be continued to September 10, 2012 at 10: 00 a.m., or a date convenient to court and counsel.

I have been ordered to report to military duty in Stuttgart, Germany from August 18, 2012 through September 1, 2012. My associate, Monica Bermudez, is scheduled for jury trial in the

Kern County Superior Court in the matter of *People v. Philip Boone, BF137216A*. I am requesting that the sentencing be continued to a date when I return.

**The defendant is willing to continue, excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights**. The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

Dated: August 15, 2012  /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
GUADALUPE QUINTERO-GARCIA

Dated: August 15, 2012  /s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant U. S. Attorney

## ORDER

**IT IS SO ORDERED**. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated: August 16, 2012

CHIEF UNITED STATES DISTRICT JUDGE