David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **LUIS SANCHEZ**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LUIS SANCHEZ,<br>RAUL SANCHEZ,<br><br>　　　　Defendant. | **Case No. 1:10 CR 00065 AWI**<br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE SENTENCING** |

　　THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing presently set for Monday, October 29, 2012, at 10:00 a.m., be continued to Monday, November 19, 2012, at 10:00 a.m.

　　Defendants require additional time to prepare for sentence and for scheduling a safety valve interview.

　　Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: October 23, 2012.   /s/ DAVID BALAKIAN
                           David Balakian,
                           Attorney for Defendant,
                           LUIS SANCHEZ

Dated: October 23, 2012.   /s/ MICHAEL IDIART
                           Michael Idiart,
                           Attorney for Defendant,
                           RAUL SANCHEZ

                           Stipulation has been agreed to
                           by Mr. Idiart.

Dated: October 23, 2012.   /s/ KATHLEEN SERVATIUS
                           Kathleen Servatius,
                           Assistant U.S. Attorney.

                           Stipulation has been agreed to
                           by Ms. Servatius.

**ORDER**

IT IS SO ORDERED.

Dated:  October 23, 2012
                           CHIEF UNITED STATES DISTRICT JUDGE