1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile: (559) 486-4533
4
Attorney for Defendant
5 **HECTOR MENDEZ**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:10-CR-00065-AWI** |
| ) | |
| Plaintiff, ) | **APPLICATION FOR EXONERATION OF** |
| ) | **PROPERTY BOND AND** |
| v. ) | **RECONVEYANCE OF REAL** |
| ) | **PROPERTY** |
| HECTOR MENDEZ ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      HECTOR MENDEZ, by and through his attorney of record, Nicholas F. Reyes, hereby requests an order exonerating the property bond for reconveyance of real property in this action.

      On June 8, 2011, real property owned by HECTOR MENDEZ AND ALBA C. MENDEZ was posted as collateral for the property bond for the release of defendant Hector Mendez. The deed of trust in the amount of $25,000 was recorded in Stanislaus County on property described as APN: 079-013-023, Deed Document #2011-0048086-00

      On November 13, 2012, Defendant Hector Mendez was sentenced to 37 months custody. He is currently incarcerated at Sheridan Federal Correctional Institution in Sheridan, Oregon serving his sentence.

Therefore, it is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Hector Mendez and Alba C. Mendez.

Dated: February 6, 2013

/s/ Nicholas F. Reyes
NICHOLAS F. REYES, ESQ.
Attorney for Defendant
HECTOR MENDEZ

**ORDER**

IT IS SO ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Hector Mendez and Alba C. Mendez.

IT IS SO ORDERED.

Dated: February 9, 2013

_____
SENIOR DISTRICT JUDGE