MICHAEL G. IDIART   #66273
Attorney at Law
2014 Tulare Street, Suite 212
Fresno, CA 93721
Telephone: (559) 442-4900
Facsimile:  (559) 442-4999
mgidiart@aol.com

Attorney for **Raul Sanchez**

IN THE UNITED STATES DISTRICT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: **1:10-cr-00065-AWI** |
| Plaintiff, | |
| vs. | ***APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY AND ORDER*** |
| **RAUL SANCHEZ,** | |
| Defendant. | |

Defendant, **RAUL SANCHEZ,** by and through his attorney of record, Michael G. Idiart, hereby requests an order exonerating the property bond for reconveyance of real property in this action.

On February 25, 2010, real property owned by MARIA LUISA SANCHEZ AND ERIC D. ERREGUIN was posted as collateral for the property bond for the release of defendant Raul Sanchez. The deed of trust in the amount of $50,000.00 was recorded in Stanislaus County on property described as: *Lot 15 in Block 9168 of River View Tract, in the County of Stanislaus, State of California, according to the official map thereof filed in the*

*office of the Recorder of Stanislaus County on February 28, 1946 in Vol. 14 of Maps at page 44,,* Deed Document # 2010-0018574-00.

On November 19, 2012, Defendant Raul Sanchez was sentenced to 87 months custody. He is currently incarcerated at Taft Correctional Institution in Taft, California serving his sentence.

Therefore, it is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Maria Luisa Sanchez and Eric D. Erreguin.

**DATED: March 18, 2013**            /s/ Michael G. Idiart
                                                             MICHAEL G. IDIART, ESQ.
                                                             Attorney for Defendant
                                                             RAUL SANCHEZ

## **ORDER**

IT IS SO ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Maria Luisa Sanchez and Eric D. Erreguin.

IT IS SO ORDERED.

Dated:   March 19, 2013                    _____
                                                             SENIOR DISTRICT JUDGE