```
1  David V. Balakian, SBN 166749
   **BALAKIAN LAW OFFICES**
2  2014 Tulare Street, Suite 210
   Fresno, CA 93721
3  Tel. (559) 495-1558
   Fax. (559) 495-1004
4  davidbalakian@sbcglobal.net
5
   Attorney for Defendant, **LUIS SANCHEZ**
6
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No: 1:10 CR 00065 AWI** |
| ) | |
| ) | **EX PARTE APPLICATION FOR** |
| Plaintiff, ) | **ORDER EXONERATING BOND;** |
| ) | **ORDER THEREON** |
| vs. ) | |
| ) | |
| LUIS SANCHEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant, LUIS SANCHEZ, by and through her attorney of record, David Balakian, hereby requests an order exonerating bond in this action.

A bail bond was posted in the amount of $75,000.00 by Garcia Family Bail Bonds through Bankers Insurance Company; Bond Number 542000225-5.

On November 19, 2012, sentence was imposed, whereby Defendant was committed to the Bureau Of Prisons. Presently, Defendant is in custody serving his sentence.

//

//

Accordingly, exoneration of bond is requested.

DATE: April 2, 2013                    Respectfully submitted,


                                            /s/ DAVID V. BALAKIAN
                                            David V. Balakian,
                                            Attorney for Defendant,
                                            LUIS SANCHEZ

## **ORDER**

It appearing that no further court appearances are required in case number 1:10-CR-00065 AWI, bail is hereby ordered exonerated.

IT IS SO ORDERED.

Dated:   April 2, 2013
                                            SENIOR DISTRICT JUDGE